IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THERESA A. LEWIS,

Plaintiff,

v.

Case No. 19-cv-759 JPG

IRVINGTON ELEVATOR CO.
and TIM SEIDEL

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 18, 2020**     **MARGARET M. ROBERTIE, Clerk of Court**

                                **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**